M/D 1

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

RECEIVED
2021 NOV -4 A 10: 12
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Ollie Gabriel Lanier
_____
Full name and prison name of      )
Plaintiff(s) Bibb Correctional Facility )
Ollie G Lanier 177197 )
v.                                )
The Guy that Stabbed me Jane )
Doe, Warden Robert Ballwin )
Capt Lucky White Capt. Jane )
Doe Sgt Presley Officers G end )
Buck and officer Mitchell Kilby Warden )
Jane Doe, The Sgt or Whom, Wrote us the Report )
Name of person(s) who violated your )
constitutional rights. (List the names )
of all the person.) )
The officer he sent back in there with me )
To set my mattress Jane Doe he DRPs and He didn't go

CIVIL ACTION NO. 2:21-cv-00234-WHA
(To be supplied by Clerk of U.S. District Court)

AMENDED COMPLAINT

I.  PREVIOUS LAWSUITS
    A.  Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action? YES ☐ No ☑

    B.  Have you begun other lawsuits in state or federal court relating to your imprisonment?   YES ☐   NO ☑

    C.  If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

        1.  Parties to this previous lawsuit:
            Plaintiff(s) Warden Jane Doe; Kilby Corr. Facility 2020 Ollie Gabriel Lanier

            Defendant(s) Warden Jane Doe at Kilby 2020 (female)

        2.  Court (if federal court, name the district; if state court, name the county) The United States District Court for The middle District of Alabama

3. Docket number __Docket #17__
4. Name of judge to whom case was assigned __Susan Russ Walker__ __assigned to Ollie Lanier case__
5. Disposition (for example: was the case dismissed? Was it appealed? Is it still pending?) __Yes Pending__
6. Approximate date of filing lawsuit __Feb or March 2020 - I can't Remember__
7. Approximate date of disposition __N/A__

II. PLACE OF PRESENT CONFINEMENT __Bibb Correctional Facility__

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED __Kilby and Elmore__

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

| | NAME | ADDRESS |
|---|---|---|
| 1. | Warden Ballutini; | Elmore Correctional Facility |
| 2. | Capt Lucky; Elmore | and the guy that stabbed me Jane Doe |
| 3. | Sgt Presley; Elmore | |
| 4. | Officers Gerald Baldwin and off Mitchell; Elmore | |
| 5. | Warden at Kilby Jane Doe, The Sgt over lock up | |
| 6. | And the officer he sent in with me to get my mattress Jane Doe | |

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED __2019 and 2020 The day I forgot and the month__

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: __My 8th Amendment free from Cruel and Unusual Punishment__

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

To order A.D.O.C. to comply with previous court order of Mass Release of at least 1/3 of its population within 1 week and to have the Jails prison population resentenced to Community Corrections. On average 75 people receive an A.D.O.C. number weekly. 10-24-21. Next list all persons known of, as to whom I may take legal/civil action against.

Note: almost all of the A.D.O.C. inmates could work in a Community Correction Program.

_Ollie G Sanier_
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  10-18-21 .
(Date)

_Ollie G Sanier_
Signature of plaintiff(s)

Save all of A.D.O.C.'s Budget!

A real proposal! Make Money / Keep everyone Busy and monitor to keep costs low & no reoffenders!

Note: All sex offenders live in Apt. complex.

Take all death row inmates & move to private prison (turn Bessemer Jail into holding & private prison) (turn B.ham Jail into private prison & female prison).

Release all inmates to each county for a private facility monitoring all. Remove parolees to private facility monitoring. This removes costs, liability, A.D.O.C., and leaves nothing but money spent on monitoring all. It also provides direct access to a court system with a private prison system already built and not in need of repairs. Closes A.D.O.C. all together to rebuild if needed. Focus on "all" having housing, car, money & job with a private contract. Set up Community Sex Offender Apt. Living

VI. State Briefly Exacctly What You want The Court to Do For You make No Legal ARGument. Cite NO CRses OR Statue

I wanted the Right Medical Attention And Not to be Saned, And Four Hunded thousand Dollars, for me and my injuries, because ADOC did not give me The Right treatment. The Decers Failed To Protect me

Ollie G Ginner
Signature OF Plaintife(s)

I declare under Penalty of Perjury That The Foregoing is true And Correct

Executed on  1-18-21

Ollie G Ginner
Signature OF Plaintiffs

# INMATE GRIEVANCE FORM

NAME: Ollie G Lanier          BED: 23.A  C-Dorm       AIS#: 177198

DATE: 10 / 18 / 21

State the nature of the grievance including, if applicable, the date, time and location. Be sure to sign and date your statement, when completed, turn this form into your institutional grievance box. You will be notified of the results.

On or about November 23 or 24 I can't Remember it was 2020 my first day Back, They put me in A Dorm and hours later i saw him, so i went to the gate and i Hit the gate to get the officers attention, well when they came told them that i was in here with my enemy the Sgt or whomevers over seg said go Back to your Dorm then i said i fear for my Life they didn't take it serioulsly

INMATE SIGNATURE: Ollie A Lanier

************************************************************

DO NOT WRITE BELOW THIS LINE GRIEVANCE REPLY ONLY!

_____
_____
_____
_____
_____
_____

GRIEVANCE OFFICER SIGNATURE: _____

DATE: ____/____/____

OTHER ACTION TAKEN: _____
_____
_____
_____

REFERRED TO WARDEN: _____

ASSIST: WARDEN _____

Elmore

State of Alabama

# Inmate Grievance Form

Name: Ollie G Lanier  Bed: 23A  AIS: 177198

AFFIDAVIT

Date: 10/18/21

I Ollie G Lanier AIS# 177198 Deposes and says;

On or about the ___ I were asleep on my back and I saw a guy walk up and dive on me and hitting me and I could not get him off me and then come an inmate and grab him off of me and the inmate say get off him and that he stays in here and then he looked over at me and said go to the cube I looked down and I said what this Nigger stabbed me so the the cube I went and the officers looked at me and said what then I showed him my shirt and then they come out and said who stabbed you and we went from there. (Elmore) The officers did not care.

Inmate Signature: Ollie G Lanier

THIS CONCLUDES MY AFFIDAVIT.

Ollie G Lanier 177198
SIGNATURE

NOTARY STATEMENT

SWORN TO AND SUBSCRIBED BEFORE ME THIS THE ___ DAY OF _____ 20___.

MY COMMISSION EXPIRES _____  SIGNATURE _____

SIGNATURE

Grievance Officer Sighnature: _____

Date: __/__/__

Other Action Taken _____

Assist. Warden.
Referred to warden.

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)

Elmore Sgt Presly and the white Captain sent me to medical down the street to another prison, they started putting bandages on me and Officer Burk said no he need stitches, I came back with no pain pills or nothing They didn't care about me getting stabbed no medicine

Kilby GROUND TWO: The officer watched me get jumped or fighting all he said was you all break it up it was too late i had already been stabbed twice the officer did not protect me

SUPPORTING FACTS: They validated him as my enimie, they also said Elmore forgot to validate him as your enimie. After Kilby validated him as my enimie they should have never sent me in to go get my belongings, that Sgt and office didn't care about him being validated as my enimie, they Just wanted to see a fight. after it was over the stabbing they came in and was laughing

GROUND THREE: Now i feel like every time the doors open some one is comming in to hurt me Sgt Jane D and the officer that walked me to get my belongings played a dirty game with my life can't Fa

SUPPORTING FACTS: After the stabbing was over the officers came back to the officer that was sent to protect me and did nothing Officer Jane Doe and the warden Jane Doe (2020) didn't even say anything when i saw her about it. And when i got out of medical the officer that went to protect me Jane Doe and the Sgt Jane Doe, That wrote the Report up. said and I Quote if we had left you in the he was gonna kill you and started laug

Alabama Department of Corrections     ITF001

Average Inmate Deposit Balances for LANIER, OLLIE GABRIEL AIS# 00177198

| | Average Balance | Gross Deposits |
|---|---|---|
| 10/31/2021 | $0.25 | $0.00 |
| 09/30/2021 | $2.71 | $25.00 |
| 08/31/2021 | $18.06 | $125.00 |
| 07/31/2021 | $1.61 | $80.00 |
| 06/30/2021 | $48.29 | $150.00 |
| 05/31/2021 | $12.16 | $35.00 |
| 04/30/2021 | $15.37 | $165.00 |
| 03/31/2021 | $9.45 | $115.00 |
| 02/28/2021 | $17.01 | $160.00 |
| 01/31/2021 | $13.04 | $120.00 |
| 12/31/2020 | $2.46 | $50.00 |
| 11/30/2020 | $6.34 | $30.00 |
| | $12.23 | $1,055.00 |



Ollie G Lanier 177198
565 Bibb Lane
C-Dorm
23-A
Brent Alabama
35034

LEGAL Mail

This correspondence is forwarded from an Alabama State Prison. The contents have not been evaluated, and the Alabama Department of Corrections is not responsible for the substance or content of the enclosed communication.

Hornable
Susan Walker
One Church street
Montgomery Alabama
36104

FIRST-CLASS
US POSTAGE IMI PITNEY BOWES
ZIP 35034
02 7H
0001319114
$ 000.73⁰
NOV 02 2021