IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| OLLIE GABRIEL LANIER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:21-CV-234-WKW |
| ) | [WO] |
| CAPTAIN WHITE, CAPTAIN ) | |
| LUCKY, SGT. PRESSLY, ) | |
| OFFICER GERAD BUCK, ) | |
| OFFICER MITCHELL, and ) | |
| WARDEN JEFFERY BALDWIN, ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

On October 13, 2022, the Magistrate Judge filed a Recommendation to which no timely objections have been filed. (Doc. # 50.) Upon an independent review of the record, it is ORDERED that the Recommendation is ADOPTED and that this action is DISMISSED without prejudice.

Final judgment will be entered separately.

DONE this 14th day of November, 2022.

                                                /s/ W. Keith Watkins
                                        UNITED STATES DISTRICT JUDGE